

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00416-CR

JOHN DAVID WAGUESPACK,

                                                            Appellant

 v.

THE STATE OF TEXAS,

                                                            Appellee

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2012-46-C1

## O R D E R

On November 19, 2013, appellant, John David Waguespack, was convicted of sexual assault, a first degree felony. *See* TEX. PENAL CODE ANN. § 22.011 (West 2011). Appellant was sentenced to life in prison. On the same date, appellant filed his notice of appeal in this Court. The appellate record was originally due in this appeal on January 21, 2014. *See* TEX. R. APP. P. 35.2(a) (appellate record must be filed in the appellate court within 60 days after the date "the sentence is imposed or suspended in

open court or the order appealed from is signed" if a motion for new trial is not filed).[1]

On January 22, 2014, the court reporter, Rachell D. Karr, filed a motion for extension of time to file the reporter's record. We granted Karr's motion for extension of time and ordered that the reporter's record be filed on April 21, 2014. Subsequently, on April 21, 2014, Karr filed another motion for extension of time to file the reporter's record requesting a 60 day extension to file the record. We granted Karr's motion for extension of time in part and ordered that the record be filed by June 20, 2014. No record has been filed.

It is the joint responsibility of this Court and the trial court to ensure that the appellate record is timely filed. *Id.* at R. 35.3(c). Further, this Court may enter any order necessary to ensure the timely filing of the appellate record. *Id.* Accordingly, we abate this appeal and order the trial court to conduct a hearing within 21 days from the date of this order to determine a date certain by when the reporter's record can be filed in a manner that does not further delay the prosecution of this appeal or have the practical effect of depriving appellant of his right of appeal.

The court reporter is ordered to file a supplemental reporter's record with this Court containing the transcription of the hearing within seven days of the hearing. Further, the district clerk shall file a supplemental clerk's record with this Court containing the trial court's findings and order within seven days of the hearing.

PER CURIAM

---

[1] The clerk's record in this matter has been filed.

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed July 10, 2014